■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE PACHECO, Appellant. [823 NYS2d 671]—Judgment, Supreme Court, Bronx County (Nicholas J. Iacovetta, J., at plea; John P. Collins, J., at sentence), rendered September 10, 2003, as amended August 30, 2006, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, and judgment, same court (John N. Byrne, J.), rendered October 15, 2003, convicting defendant, upon his plea of guilty, of robbery in the third degree, and sentencing him, as a second felony offender, to a consecutive term of 2½ to 5 years, unanimously affirmed.

Defendant's waiver of his right to appeal his robbery conviction did not meet the requirements of *People v Lopez* (6 NY3d 248 [2006]). In any event, regardless of the validity of defen-

dant's appeal waiver, we perceive no basis for reducing the sentences.

Since the clerical error at issue has already been corrected, defendant's claim concerning a DNA databank fee is moot. Concur—Buckley, P.J., Mazzarelli, Nardelli, Catterson and Malone, JJ.